VOL 3298 PAGE 313

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

**FORM RE**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL.**

RE 679-557

EFFECTIVE DATE OF RENEWAL REGISTRATION

November 28 1994
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** *Renewal Claimant(s)*

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name .. CYRIL VETTER
Address .. P.O. Box 870427, Stone Mountain, Georgia 30087 ........... *
Claiming as .. Author of words and music ...........
(Use appropriate statement from instructions)

**2**
Name .. LAURA SMITH PERKINS (DAUGHTER OF DON SMITH)
Address .. P.O. Box 870427, Stone Mountain, Georgia 30087 ........ *
Claiming as .. Child of the deceased author, Don Smith
(Use appropriate statement from instructions)

**3**
Name .. HARPER JONES (SON OF DON SMITH)
Address .. P.O. Box 870427, Stone Mountain, Georgia 30087 ...... *
Claiming as .. Child of the deceased author, Don Smith
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

DOUBLE SHOT (OF MY BABY'S LOVE)

**RENEWABLE MATTER:**

WORDS AND MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work ..........

If a periodical or other serial give: Vol ...........     No. ...........     Issue Date ...........

---

**(3)** *Author(s)*

**AUTHOR(S) OF RENEWABLE MATTER:**

CYRIL VETTER * words and music

DON SMITH (DECEASED) - * words and music

---

**(4)** *Facts of Original Registration*

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT |
|---|---|
| EU 938895 | WINDSONG MUSIC |

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form give:

DATE OF PUBLICATION ...........
(Month) (Day) (Year)

or

* If the original registration for this work was made in unpublished form give:

DATE OF REGISTRATION     5 - 2 - 1966
(Month) (Day) (Year)

RENEWAL FILE (R) 1994

EXAMINED BY: PC

CHECKED BY: .............

DEPOSIT ACCOUNT FUNDS USED: ☐

RENEWAL APPLICATION RECEIVED:

**NOV 28 1994**

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

1.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

2.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

3.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

4.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

5.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

6.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

7.
Title of Contribution: ..............
Title of Periodical: .............. Vol .......... No .......... Issue Date ..............
Date of Publication: .............. Registration Number: ..............
(Month) (Day) (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..............

Account Number: ..............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: *BABS RICHARDSON*

Address: *P.O. 870427*

*STONE MOUNTAIN GA 30087*
(City) (State) (Zip)

**(6)** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☒ duly authorized agent of *THE CLAIMANTS IN SPACE 1*
   Name of renewal claimant

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature: (X) *Babs Richardson*

Typed or printed name: *BABS RICHARDSON*

Date: *11-22-94*

**(7)** Certificate to (Applicant must be signed)

---

*BABS RICHARDSON*
(Name)
*P.O. BOX 870427*
(Number Street and Apartment Number)
*STONE MOUNTAIN GA 30087*
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

---

U.S. GOVERNMENT PRINTING OFFICE: 1978-261-023/13

Apr. 1978—100,0