

Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE

DATE OF RECORDATION

16Oct96

| VOLUME | PAGE |
|---|---|
| 3298 | 300 |

| VOLUME | PAGE |
|---|---|
| 3298 | 309 |



OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 August 1994 —30,000

vol.3298 page300

## ASSIGNMENT

This agreement is made between Cyril Vetter, an individual residing in Baton Rouge, Louisiana ("Assignor") and Windsong Music Publishers, Inc., a Georgia corporation with its principal place of business in Athens, Georgia ("Assignee").

WHEREAS, Assignor is one of two joint authors of the work entitled "Double Shot (of my Baby's Love)" (the "Work"), which is the subject matter of Copyright Registration No. Eu 938895;

WHEREAS, on January 3, 1963, Assignor owned a 50% interest in and to the copyright in the Work;

WHEREAS, on January 3, 1963, Assignor entered into an agreement with Assignee (a true and correct copy of which is attached as Exhibit A) under which Assignor assigned to Assignee all of his rights in and to the Work, including the copyright and any and all renewals thereof, and appointed Assignee his attorney to make, sign, execute, acknowledge, and deliver any and all instruments needed to effect such assignment;

WHEREAS, the renewal term of the copyright in the Work began on January 1, 1995;

WHEREAS, Renewal Registration No. RE 679-557 for the Work was issued by the Register of Copyrights on November 28, 1994, and a copy of such registration is attached as Exhibit B;

WHEREAS, pursuant to the January 3, 1963 agreement, the parties wish to reduce to writing the assignment from Assignor to Assignee of Assignor's 50% interest in and to the copyright renewal in the Work;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the agreement between Assignor and Assignee of January 3, 1963, Assignor hereby sells, assigns, and transfers to Assignee all of

54699

VOL 3298 PAGE 301

Assignor's 50% interest in and to the copyright renewal in the Work, which is the subject matter

of Renewal Registration No. RE 679-557, effective as of January 1, 1995.


IN WITNESS WHEREOF, the undersigned has executed this transfer and assignment

under seal this **27** day of **September**, 19 **96**

CYRIL VETTER

By his appointed attorney Windsong Music Publishers, Inc.

Name: _James L McCullough_

Title: _OWNER_

Sworn to and subscribed before
me this _27th_ day of
_September_, 19 _96_.

Notary Public

My Commission expires: Notary Public, Oconee County, Georgia
My Commission Expires Feb. 15, 1998

_____

[AFFIX NOTARIAL SEAL OR STAMP]

54699