VOL 3190 PAGE 315

# DOCUMENT COVER SHEET
## For Recordation of Documents
## UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

**OCT. 16. 1996**
Month    Day    Year

Volume _____ Page _____

Volume _____ Page _____

DO NOT WRITE ABOVE THIS LINE.

REMITTANCE _____

To the Register of Copyrights:
Please record the accompanying original document or copy thereof.    FUNDS RECEIVED *30cl # 90 26 pm*

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1: Windsong Music Publishers, Inc.
(assignor, grantor, etc.)
135 St. George Place
(address)
Athens, GA 30306

Party 2: Lyresong Music, Inc.
(assignee, grantee, etc.)
P.O. Box 870427
(address)
Stone Mountain, GA 30087

**2** DESCRIPTION OF THE DOCUMENT:
XX Transfer of Copyright       ☐ Termination of Transfer(s) [Section 304]       ☐ Transfer of Mask Works
☐ Security Interest              ☐ Shareware                                    ☐ Other _____
☐ Change of Name of Owner        ☐ Life, Identity, Death Statement [Section 302]

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.

Title: Double Shot (of my Baby's Love)    Registration Number: RE 679-557    Author: Cyril Vetter

Additional sheet(s) attached?
☐ yes
XX no
If so, how many? _____

**4** ☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**5** Number of titles in Document: 1

**6** Amount of fee enclosed or authorized to be charged to a Deposit Account $20.00

**7** Account number N/A
Account name N/A

**8** Date of execution and/or effective date of accompanying document January 1, 1995
(month) (day) (year)

**9** AFFIRMATION:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

_____
Signature

_____
Date

**10** CERTIFICATION:* Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.

I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

*Elizabeth G. Lowry*
Signature

Windsong Music Publishers, Inc. and Lyresong Music, In
Duly Authorized Agent of

10-10-96
Date

MAIL RECORDATION TO:

Name ▼
Elizabeth G. Lowry, Esq. - Smith, Gambrell & Russell

Number/Street/Apartment Number ▼
Suite 3100, Promenade II, 1230 Peachtree Street, N.E.

City/State/ZIP ▼
Atlanta, Georgia 30309-3592

YOU MUST
· Complete all necessary spaces
· Sign your cover sheet in space 9

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Two copies of the Document Cover Sheet
2. Fee in check or money order payable to Register of Copyrights
3. Document

MAIL TO
Documents Unit, Cataloging Division, Copyright Office, Library of Congress, Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1995. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.

VOL 3298 PAGE 310

## ASSIGNMENT

This agreement is made between Windsong Music Publishers, Inc., a Georgia corporation with its principal place of business in Athens, Georgia ("Assignor"), and Lyresong Music, Inc., a Georgia corporation with its principal place of business in Stone Mountain, Georgia.

WHEREAS, Assignor is the owner of a 50% interest in the copyright renewal in the work entitled "Double Shot (of my Baby's Love)" (the "Work"), which is the subject matter of Copyright Registration No. Eu 938895 and Renewal Registration No. RE 679-557;

WHEREAS, the renewal term of the copyright in the Work began on January 1, 1995;

WHEREAS, Renewal Registration No. RE 679-557 for the Work was issued by the Register of Copyrights on November 28, 1994, and a copy of such registration is attached as Exhibit A;

WHEREAS, Assignor is desirous of assigning to Assignee and Assignee is desirous of acquiring from Assignor half of Assignor's 50% interest in and to the copyright renewal in the Work, or a 25% interest in the copyright renewal, effective as of January 1, 1995;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, assigns, and transfers to Assignee a 25% interest in and to the copyright renewal in the Work, which is the subject matter of Renewal Registration No. RE 679-557, effective as of January 1, 1995.

55002

VOL 3298 PAGE 311

IN WITNESS WHEREOF, the undersigned has executed this transfer and assignment

under seal this ___28___ day of ___September___, 19__96__.

WINDSONG MUSIC PUBLISHERS, INC.

Name: JAMES L McCullough

Title: OWNER

Sworn to and subscribed before
me this __28__ day of
___September___, 19__96__.

_____Brenda M Walsh_____
Notary Public
My Commission expires:
Notary Public  Oconee County
My Commission Expires April

[AFFIX NOTARIAL SEAL OR STAMP]

55002

VOL 3298 PAGE 311