**SENDER: COMPLETE THIS SECTION**

- Ensure Items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Windsong Music
c/o James L. McCullough
680 W Kings St
PO Box 113
Boone NC 28607-0113

9490 9118 9956 0606 8876 98

**2. Article Number** *(Transfer from service label)*
9414 7118 9956 0606 8876 01

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee* or ☐ *Agent*)
X

**B. Received By:** *(Printed Name)*   **C. Date of Delivery**
Jame McCullough

**D.** Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

MAR 25 2019
BOONE NC 28607

**3. Service Type**

☑ Certified Mail®

Vetter/TRKW

Domestic Return Receipt