| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: (☑ Addressee or ☐ Agent)  TN 370<br>X _____  20 MAR '19<br>B. Received By: (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Lyresong Music, Inc.<br>c/o Robert Burton Richardson, Reg Agent<br>485 Hidden Falls Drive<br>Tiger GA 30576-2608 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>POST OFFICE APR -9 2019 TIGER GA 30576 |
| ‖‖‖‖ barcode ‖‖‖‖<br>9490 9118 9956 0606 3793 08 | 8. Service Type<br>☑ Certified Mail® |
| 2. Article Number (Transfer from service label)<br>9414 7118 9956 0606 3793 28 | Vetter/TRWK |
| PS Form 3811 Facsimile, July 2015 (SDC 3930) | Domestic Return Receipt |