

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

United States Register of Copyrights and Director

March 26, 2019

_____

Date Of Recordation

9962                                    444

_____

Volume                              Doc. No.

V9962 D444 P1


FARMER
PURCELL
WHITE &
LASSITER, PLLC

**COPY**

Timothy R.W. Kappel
615.810.8749
tkappel@fpwlegal.com

March 20, 2019

**<u>Via Certified U.S. Mail, Return Receipt Requested</u>**

Windsong Music
c/o James L McCullough
680 W. Kings St.
P.O. BOX #113
Boone, NC 28607

*With Courtesy Copy to:* PHMCCULLOUGH@CHARTER.NET

Lyresong Music, Inc.
c/o Robert Burton Richardson, *its registered agent*
485 Hidden Falls Drive
Tiger, GA, 30576

*With Additional Service Copies to:*

> 98 Winding View Trail
> Clayton, GA 30525

> PO Box 57
> Tiger, GA 30576

*With Courtesy Copy to:* BZRAUDIO@AOL.COM

Re:    **Notice of Termination of Granted Rights per Section 304(c) of the U.S. Copyright
Act, 17 U.S.C. § 304(c)**

Dear Windsong Music & Lyresong Music, Inc.,

This firm represents Cyril Vetter. We are acting as his duly authorized agent for purposes of this notification, which shall serve as notice of termination pursuant to Section 304(c) of the U.S. Copyright Act, 17 U.S.C. § 304(c).

The following work is subject to this notice of termination:

One Nashville Place, Suite 1820 - 150 Fourth Avenue North - Nashville, TN 37219
Office: 615.810.8777 - Fax: 615.810.8770 - fpwlegal.com

V9962 D444 P2

Windsong Music & Lyresong Music, Inc.
March 20, 2019

| Title | Name of Author(s) Who Executed the Grant | Date Copyright was Originally Secured | Copyright Registration Number |
|-------|------------------------------------------|--------------------------------------|-------------------------------|
| Double Shot (Of My Baby's Love) | Cyril Vetter | May 2, 1966 | EU0000938895 (May 1966) RE0000679557 (Nov. 1994) |
|  | Don Smith |  |  |

After reasonable investigation per 37 CFR 201.10, (including searching the records of the Copyright Office, Secretary of State, and BMI), the name of each grantee (and/or grantee's successor in title whose rights are being terminated) and each address at which service of this notice of termination is being made are as follows:

| Name | Address |
|------|---------|
| Windsong Music | c/o James L McCullough<br>680 W. Kings St.<br>P.O. BOX #113<br>Boone, NC 28607 |
| Lyresong Music, Inc. | c/o Robert Burton Richardson, *its registered agent*<br>485 Hidden Falls Drive<br>Tiger, GA, 30576<br><br>98 Winding View Trail<br>Clayton, GA 30525<br><br>PO Box 57<br>Tiger, GA 30576 |

The effective date of this termination is **May 3, 2022**. The rights to which this notice of termination applies are: **100% of all authorship/ownership rights originally granted and conveyed by Cyril Vetter to Windsong Music on or about January 3, 1963**.

By: _____
Name: Timothy R.W. Kappel
Dated: March 20, 2019
Address: 150 Fourth Avenue North, Suite 1820
Nashville, Tennessee 37219

*Authorized Agent for Cyril Vetter*

Encl.   -
cc:     *Cyril Vetter*

V9962 D444 P3

Windsong Music & Lyresong Music, Inc.
March 20, 2019

## Certificate of Service

I hereby certify that the foregoing Notice of Termination was served via first class mail on March 20, 2019 by depositing the same with the United States Postal Service.

Timothy R.W. Kappel
Dated: March 20, 2019

*Authorized Agent for Cyril Vetter*

- 3 -