# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Cyril Vetter and Vetter Communications Corp

Plaintiff

v.

Robert Resnik

Defendant

Civil Action No. 3:23-CV-1369

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, Cyril Vetter and Vetter Communications Corp provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

None known at this time.

Timothy Kappel - 32881

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.