**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **CYRIL VETTER** *and* **VETTER** | * | |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION: 3:23-cv-01369-SDD-EWD** |
| | * | |
| | * | |
| **ROBERT RESNIK** *individually and* | * | |
| *d/b/a* **RESNIK MUSIC GROUP** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SUMMARY JUDGMENT**

  In accordance with Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the *Memorandum in Support* filed concurrently herewith, Cyril Vetter and Vetter Communications Corp, by and through the undersigned counsel, respectfully request that the Court enter an order: (i) granting summary judgment in favor of the plaintiffs on all claims in this action; (ii) awarding the declaratory relief requested by the plaintiffs in the *Complaint* (Rec. Doc. 1).

      Respectfully submitted,

      **WELLS & KAPPEL, LLP**

      /s/ Timothy Kappel
      Timothy R.W. Kappel, LA Bar No. 32881 (Lead Attorney)
      1615 Poydras Street, Suite 900
      New Orleans, Louisiana 70112
      Telephone: (504) 905-2012
      Email: tkappel@wellskappel.com

      *Counsel for Cyril Vetter and Vetter Communications Corp*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Timothy Kappel    