**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **CYRIL VETTER** *and* **VETTER** | * | |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION: 3:23-cv-01369-SDD-EWD** |
| | * | |
| | * | |
| **ROBERT RESNIK** *individually and* | * | |
| *d/b/a* **RESNIK MUSIC GROUP** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF CYRIL VETTER**

I, Cyril Vetter, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am over the age of eighteen (18) and competent to make this Affidavit. The facts set forth in this Affidavit are based on my personal knowledge.

2.    I co-authored the musical work "Double Shot (Of My Baby's Love)" (the "Song") in 1962 with Don Smith.

3.    Don and I both assigned our rights in the Song to Windsong Music Publishers, Inc. in 1963.

4.    Don died in a plane crash in 1972.

5.    I am and at all relevant times have been an owner and officer of Vetter Communications Corp ("Vetter Communications").

6.    In or around 1996, Vetter Communications entered into an agreement with the heirs of my co-author, Don Smith (Laura Smith Perkins and Harper Jones) to acquire their ownership interest in the Song.

1

7.     Vetter Communications has not subsequently transferred or assigned its rights in the Song and is presently an owner of fifty percent (50%) of all right, title, and interest therein.

* * *

I declare on July 23, 2024, under penalty of perjury, that the foregoing is true and correct.

_____
Cyril Vetter *o/b/o* Vetter Communications Corp

2