**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **CYRIL VETTER** *and* **VETTER** | * | |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION: 3:23-CV-01369-SDD-EWD** |
| | * | |
| | * | |
| **ROBERT RESNIK** *individually and* | * | |
| *d/b/a* **RESNIK MUSIC GROUP** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT LIST

1. Exhibit A – Affidavit of Cyril Vetter

2. Exhibit B – Rec. Doc. 17 – Plaintiff's Opposition to Motion to Dismiss

3. Exhibit C – Rec. Doc. 27 – Plaintiff's Sur-Reply in Opposition to Motion to Dismiss

4. Exhibit D – Statement of Material Facts

Respectfully submitted,

**WELLS & KAPPEL, LLP**

/s/ Timothy Kappel
Timothy R.W. Kappel, LA Bar No. 32881 (Lead Attorney)
1615 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone: (504) 905-2012
Email: tkappel@wellskappel.com

*Counsel for Cyril Vetter and Vetter Communications Corp.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Timothy Kappel