**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **CYRIL VETTER** *and* **VETTER** | * | |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION: 3:23-cv-01369-SDD-EWD** |
| | * | |
| | * | |
| **ROBERT RESNIK** *individually and* | * | |
| *d/b/a* **RESNIK MUSIC GROUP** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT D**

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **CYRIL VETTER** *and* **VETTER** | * | |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION: 3:23-cv-01369-SDD-EWD** |
| | * | |
| | * | |
| **ROBERT RESNIK** *individually and* | * | |
| *d/b/a* **RESNIK MUSIC GROUP** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56(b)(1), Cyril Vetter and Vetter Communications Corp, by and through the undersigned counsel, respectfully submit this *Statement of Material Facts* in support of their *Motion for Summary Judgment* filed concurrently herewith. The following facts are not in genuine dispute.

1.      In 1963, Cyril Vetter and Don Smith each transferred their respective authorship interests in "Double Shot (Of My Baby's Love)" (the "Song") to Windsong Music Publishers, Inc. ("Windsong").[1]

2.      The transfer included all worldwide rights to the Song for the entire duration of copyright protection, including any renewals thereof.[2]

3.      Mr. Smith died in 1972.[3]

4.      In 1994, Mr. Vetter and Mr. Smith's heirs secured a renewal copyright for the Song.[4]

---

[1] Rec. Doc. 1-2.
[2] *Id.*
[3] *See Motion for Summary Judgment*, **Exhibit A** (Affidavit of Cyril Vetter), at ¶4.
[4] Rec. Doc. 1-3.

5.      Mr. Vetter's interest in the renewal copyright was transferred to Windsong pursuant to the 1963 assignment.[5]

6.      Vetter Communications subsequently acquired the heirs' interest in the Song and maintains ownership thereof.[6]

7.      In 2019, Mr. Vetter sent Windsong a termination notice pursuant to Section 304(c) of the 1976 Copyright Act with respect to his interest in the renewal copyright.[7]

8.      Mr. Vetter's termination notice became effective on May 3, 2022.[8]

Respectfully submitted,

**WELLS & KAPPEL, LLP**

/s/ Timothy Kappel
Timothy R.W. Kappel, LA Bar No. 32881 (Lead Attorney)
1615 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone: (504) 905-2012
Email: tkappel@wellskappel.com

*Counsel for Cyril Vetter and Vetter Communications Corp.*

---

[5] Rec. Doc. 1-2.
[6] *See Motion for Summary Judgment*, **Exhibit A** (Affidavit of Cyril Vetter), at ¶6.
[7] Rec. Docs. 1-6 and 1-8.
[8] Rec. Doc. 1-8.

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Timothy Kappel