UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CYRIL VETTER, ET AL.**                                              CIVIL ACTION

**VERSUS**

**ROBERT RESNIK, ET AL.**                                       NO. 23-1369-SDD-EWD

### TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on July 30, 2024, with the following participants:

| | | |
|---|---|---|
| **PARTICIPANTS:** | **Timothy Kappel**<br>Counsel for Plaintiffs,<br>Cyril E. Vetter and Vetter<br>Communications Corp. | **Brian D. Caplan**<br>**Robert W. Clarida**<br>Counsel for Defendants,<br>Robert Resnik and Resnik Music Group |

The purpose of the conference was to discuss scheduling in this matter, including whether a scheduling order should be entered at this time in light of correspondence received from Plaintiffs' counsel on July 24, 2024, advising that the parties were unable to submit a proposed scheduling order that has universal approval.[1] Specifically, Plaintiffs' counsel advised the Court that the parties "now disagree as to whether fact and expert discovery, and, indeed, a trial is needed."[2] Currently pending on the Court's docket is Defendant's Motion to Amend Order Pursuant to 28 U.S.C. § 1292(b) ("Motion to Certify"), filed by Robert Resnik individually and d/b/a Resnik Music Group ("Defendants"), which asks the Court to certify for immediate appellate review under Section 1292(b) its July 15, 2024 Order denying Defendants' Motion to Dismiss and which also requests a stay of the proceedings pending the interlocutory appeal.[3] Also pending is Plaintiffs' Motion for Summary Judgment that was filed on July 23, 2024.[4]

---

[1] R. Doc. 34.
[2] R. Doc. 34.
[3] R. Doc. 33.
[4] R. Doc. 30.

cv38aT0:12

During the telephone conference, Plaintiffs' counsel stated their position that this case involves purely legal issues, such that fact discovery is not necessary, but, if Defendants believe discovery is necessary to respond to Plaintiffs' Motion for Summary Judgment, they could file a for Fed. R. Civ. P. 56(d) motion. Defense counsel believes that discovery and a response to Plaintiffs' Motion for Summary Judgment should be postponed until the Court rules on the Motion to Certify and request for stay in the interests of judicial efficiency.

**IT IS ORDERED** that entry of a scheduling order is **DEFERRED** for good cause to permit resolution of the Defendant's Motion to Amend Order Pursuant to 28 U.S.C. § 1292(b), filed by Robert Resnik individually and d/b/a Resnik Music Group, which asks the Court to certify for immediate appellate review under Section 1292(b) its July 15, 2024 Order denying Defendants' Motion to Dismiss and which also requests a stay of the proceedings pending the interlocutory appeal. Any request for discovery in this case pending resolution of the Motion to Certify[5] should be made via a Rule 56(d) Motion in response to the pending Motion for Summary Judgment,[6] if appropriate.

Signed in Baton Rouge, Louisiana, on July 31, 2024.

                                          **ERIN WILDER-DOOMES**
                                          **UNITED STATES MAGISTRATE JUDGE**

---

[5] R. Doc. 33.
[6] R. Doc. 30.