UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYRIL VETTER *and* VETTER COMMUNICATIONS CORP | CIVIL ACTION: 3:23-cv-1369 |
| VERSUS | Chief Judge Shelly D. Dick |
| ROBERT RESNIK *individually and d/b/a* RESNIK MUSIC GROUP | Magistrate Erin Wilder-Doomes |

### DECLARATION OF ROBERT W. CLARIDA IN SUPPORT OF DEFENDANT'S F.R.C.P. 56(d) REQUEST FOR CONTINUANCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Robert W. Clarida, in accordance with the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am one of the attorneys for Defendant, and I make this declaration in support of Defendant's F.R.C.P. 56(d) Request for Continuance In Opposition to Motion for Summary Judgment.

2. Plaintiffs commenced this action on September 27, 2023.

3. On December 15, 2023, Defendant timely filed a motion to dismiss under Fed. R. Civ. Pro. 12(b)(6).

4. On July 12, 2024, this Court issued a ruling that denied Defendant's motion to dismiss ("Ruling").

5. On July 23, 2024, prior to the commencement of discovery, Plaintiffs filed a motion for summary judgment.

6. In communications with the undersigned, Plaintiffs extended Defendant's time to respond to the summary judgment motion until Sept. 3, 2024.

7. Defendant has had no opportunity to conduct the discovery required to properly respond to Plaintiffs' summary judgement motion, specifically expert discovery on two significant issues of international copyright law under the Berne Convention, as set forth in the accompanying memorandum of law.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on the 29th day of August, 2024.**

_____
Robert W. Clarida