## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYRIL VETTER** *and* **VETTER COMMUNICATIONS CORP** | * * * * * | **CIVIL ACTION: 3:23-cv-1369** |
| **VERSUS** | * * | **Chief Judge Shelly D. Dick** |
| **ROBERT RESNIK** *individually and d/b/a* **RESNIK MUSIC GROUP** | * * * * * | **Magistrate Erin Wilder-Doomes** |

### MOTION TO AMEND AND SUPPLEMENT DEFENDANT'S F.R.C.P. 56(d) REQUEST FOR CONTINUANCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Robert Resnik individually and *d/b/a* Resnik Music Group (the "Defendant"), who submits this motion to amend and supplement their F.R.C.P. 56(d) request for continuance in opposition to Plaintiffs' Motion for Summary Judgment (ECF 37) to include a separate Statement of Facts pursuant to local rule 56.

WHEREFORE, Defendant prays that this motion be and is hereby granted, and that this Court amend and supplement Defendant's F.R.C.P. 56(d) request for continuance in opposition to Plaintiffs' Motion for Summary Judgment (ECF 37)

**PROVOSTY & GANKENDORFF, LLC**

*/s/ Edgar D. Gankendorff*
Edgar D. Gankendorff (LA Bar #20550)
Christophe B. Szapary (LA Bar #25890)
650 Poydras Street, Suite 2700

<table>
<tr><td>AND</td><td>New Orleans, Louisiana 70130<br>Telephone: 504-410-2795<br>Facsimile: 504-410-2796<br>*Attorneys for Defendants*</td></tr>
</table>

**REITLER KAILAS & ROSENBLATT LLP**
Robert W. Clarida (admitted *pro hac vice*)
Brian D. Caplan (admitted *pro hac vice*)
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3059
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by the CM/ECF system, this 1st day of September, 2024.

/s/ Edgar D. Gankendorff

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **CYRIL VETTER** *and* **VETTER COMMUNICATIONS CORP** | * * * * * * | **CIVIL ACTION: 3:23-cv-1369** |
| **VERSUS** | * * | **Chief Judge Shelly D. Dick** |
| **ROBERT RESNIK** *individually and d/b/a* **RESNIK MUSIC GROUP** | * * * * * | **Magistrate Erin Wilder-Doomes** |

## ORDER

Considering the foregoing, *Motion to Amend and Supplement Defendant's F.R.C.P. 56(d) request for continuance in opposition to Plaintiffs' Motion for Summary Judgment (ECF 37)*

**IT IS HEREBY ORDERED** that the motion is _____ .

Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT JUDGE**

3