UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYRIL E. VETTER, ET AL. | CIVIL ACTION |
| VERSUS | 23-1369-SDD-EWD |
| ROBERT RESNIK | |

## JUDGMENT

For written reasons assigned:

Judgment is hereby entered in favor of Plaintiffs Cyril E. Vetter and Vetter Communications Corporation, and against Defendant Robert Resnik, individually and d/b/a Resnik Music Group. This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 29 day of January, 2025.

_____
SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA