UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYRIL VETTER** *and* **VETTER COMMUNICATIONS CORP** | * * * | **CIVIL ACTION: 3:23-cv-1369** |
| **VERSUS** | * * | **Chief Judge Shelly D. Dick** |
| **ROBERT RESNIK** *individually and d/b/a* **RESNIK MUSIC GROUP** | * * * * * | **Magistrate Erin Wilder-Doomes** |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Robert Resnik *individually* and *d/b/a* Resnik Music Group (Appellant), appeals to the United States Court of Appeals for the Fifth Circuit from Judgment on Plaintiffs' Motion for Summary Judgment [R. Doc. 51] entered in this action on January 29, 2025. Signed this 25th day of February, 2025.

**PROVOSTY & GANKENDORFF, LLC**

    */s/ Edgar D. Gankendorff*
Edgar D. Gankendorff (LA Bar #20550)
Christophe B. Szapary (LA Bar #25890)
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796
egankendorff@provostylaw.com
cszapary@provostylaw.com
*Attorneys for Defendants*

*AND*

**REITLER KAILAS & ROSENBLATT, LLP**
Robert W. Clarida
T.A. Brian D. Caplan

885 Third Avenue, 20th Floor  
New York New York 10022  
Telephone: (212) 209-3059  
bcaplan@reitlerlaw.com  
rclarida@reitlerlaw.com  
*Attorneys for ROBERT RESNIK*  
*individually and d/b/a RESNIK MUSIC GROUP*