**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **CYRIL VETTER** *and* **VETTER** | * | **CIVIL ACTION: 3:23-cv-1369** |
| **COMMUNICATIONS CORP** | * | |
| | * | |
| **VERSUS** | * | **Chief Judge Shelly D. Dick** |
| | * | |
| **ROBERT RESNIK** *individually and* | * | **Magistrate Erin Wilder-** |
| *d/b/a* **RESNIK MUSIC GROUP** | * | **Doomes** |
| | * | |
| | * | |
| | * | |

**MOTION TO SUBSTITUTE**

NOW INTO COURT, through undersigned counsel, come Defendants, Robert Resnik *individually* and *d/b/a* Resnik Music Group ("Resnik"), and Successor Parties-in-Interest, Capitol CMG, Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and Essential Music Publishing LLC (collectively, "the Publishers," and together with Resnik, "Movants"). The Successor Parties-in-Interest are music publishing organizations who have acquired Resnik's claim to 25% ownership of the copyright at issue in this case. The publishers have made this acquisition for purposes of filing a petition for a writ of certiorari in this matter. In light of that acquisition, Resnik and the publishers respectfully request an order under Federal Rule of Civil Procedure 25(c) substituting the publishers as defendants in this matter.

Prior to filing this motion, undersigned counsel conferred with counsel for Plaintiffs, who represented that Plaintiffs take no position on the requested substitution.

WHEREFORE, Movants respectfully request that the Court grant the requested substitution. Movants further respectfully request a ruling on this motion by March 31, 2026 to facilitate a timely motion to extend the deadline to file a petition for a writ of certiorari.

**PROVOSTY & GANKENDORFF, LLC**


        _/s/ Edgar D. Gankendorff_
Edgar D. Gankendorff (LA Bar #20550)
Christophe B. Szapary (LA Bar #25890)
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796
egankendorff@provostylaw.com
cszapary@provostylaw.com
*Attorneys for Movants*


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a copy of the foregoing was filed electronically this 26th day of March, 2026 with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


        _/s/ Edgar D. Gankendorff_
Edgar D. Gankendorff