**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **CYRIL VETTER** *and* **VETTER COMMUNICATIONS CORP** | * * * | **CIVIL ACTION: 3:23-cv-1369** |
|  | * | |
| **VERSUS** | * * | **Judge Shelly D. Dick** |
|  | * | |
| **ROBERT RESNIK** *individually and d/b/a* **RESNIK MUSIC GROUP** | * * * * * | **Magistrate Erin Wilder-Doomes** |

_____

**ORDER**

Considering the foregoing *Motion to Substitute,*

**IT IS HEREBY ORDERED** that the motion is_____ and that Capitol

CMG, Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and

Essential Music Publishing LLC are substituted as defendants pursuant to Federal Rule of Civil

Procedure 25(c).

Baton Rouge, Louisiana, this _____ day of _____, 2026.


_____
**THE HONORABLE SHELLY D. DICK**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**