**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**CYRIL VETTER, ET AL.**                                              **CIVIL ACTION NO.**

**VERSUS**                                                                      **23-1369-SDD-EWD**

**ROBERT RESNIK, ET AL.**

### TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on March 31, 2026, with the following participants:

| | | |
|---|---|---|
| **PARTICIPANTS:** | **Timothy Kappel** | **Edgar Gankendorff**[1] |
| | Counsel for Plaintiffs, Cyril E. Vetter and Vetter Communications Corp. | Counsel for Defendants, Robert Resnik and Resnik Music Group and Successor Parties-in-Interest, Capitol CMG, Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and Essential Music Publishing LLC |

The conference was set by the Court to discuss the Motion to Substitute,[2] filed by Defendants, Robert Resnik individually and d/b/a Resnik Music Group (collectively "Resnik"), and Successor Parties-in-Interest, Capitol CMG, Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and Essential Music Publishing LLC (collectively "the Publishers"). This copyright case concerns a dispute as to the ownership rights of a musical work.[3] On January 29, 2025 the Court granted judgment in favor of Cyril E. Vetter and Vetter Communications Corporation (collectively "Plaintiffs") against Resnik.[4] Resnik appealed the

---

[1] Kevin Wynosky also participated in the telephone conference. Mr. Wynosky will be assisting with the briefing at the United States Supreme Court the Successor Parties-in-Interest plan to file.

[2] R. Doc. 59.

[3] *See* R. Doc. 1.

[4] R. Doc. 51; *see also* R. Doc. 50 (Ruling granting summary judgment in favor of Plaintiffs).

cv38aT0:07

judgment to the U.S. Court of Appeals for the Fifth Circuit.[5] On January 12, 2026 the Fifth Circuit affirmed this Court's opinion and the Fifth Circuit's mandate issued on February 2, 2026.[6] According to the Motion, on March 20, 2026 Resnik sold his asserted interest to the Publishers.[7] The Motion to Substitute, therefore, seeks to have the Publishers substituted in place of Resnik under Federal Rule of Civil Procedure 25(c) so the Publishers may file a petition for a writ of certiorari with the Supreme Court of the United States.[8] The Motion states that Plaintiffs take "no position on the requested substitution."[9]

At the conference, the parties discussed the Motion to Substitute. Plaintiffs confirmed that they do not consent to the Motion to Substitute but do not intend to file an opposition memorandum.[10] The Motion represents that Resnik has transferred any interest in the copyright at issue to the Publishers. Under Rule 25(c), "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Therefore, the Court will grant the Motion to Substitute and order the Publishers to be substituted in the place of Resnik.

**IT IS ORDERED** that the Motion to Substitute, filed by Defendants, Robert Resnik individually and d/b/a Resnik Music Group, and Successor Parties-in-Interest, Capitol CMG, Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and Essential Music Publishing LLC, is **GRANTED**. The Clerk of Court is instructed to **SUBSTITUTE** Capitol CMG,

---

[5] R. Doc. 54.

[6] R. Doc. 58.

[7] R. Doc. 59-1, p. 2.

[8] *Id.* at pp. 2-3.

[9] R. Doc. 59, p. 1.

[10] Plaintiffs noted, for example, that, although the Motion references a transfer of interest from Resnik to the Publishers, Plaintiffs have no documentation by which to independently verify that information.

Inc.; Warner-Tamerlane Publishing Corp.; BMG Rights Management (US) LLC; and Essential Music Publishing LLC as the defendants in this suit in place of Robert Resnik individually and d/b/a Resnik Music Group, who shall be **TERMINATED** as defendants.

Signed in Baton Rouge, Louisiana, on April 1, 2026.

ERIN WILDER-DOOMES
**UNITED STATES MAGISTRATE JUDGE**